IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT,

    Plaintiff,

v.                                                          CASE NO. 4:10-cv-00474-SPM -GRJ

GADSDEN COUNTY SHERIFF'S
OFFICE, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Thirty (30) Day Extension of Time to comply with the Court's previous Order (Doc. 6) directing him to file an amended complaint. (Doc. 7). The motion is **GRANTED**, and the amended complaint shall be due on or before **February 7, 2011.**

**DONE AND ORDERED** this 7th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge