IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT,

    Plaintiff,

v.                                    CASE NO. 4:10-cv-474-SPM-GRJ

MORRIS YOUNG, et al.,

    Defendants.
_____/

### ORDER

On December 6, 2011, Defendants Keyshonda Thompson and Lamonte Peterson filed a Motion to Dismiss Plaintiff's Complaint for failure to state a claim. (Doc. 22.)  N.D. Fla. Loc. R. 7.1(C)(1) provides "Each party opposing a motion shall have fourteen (14) days from the date of service of the motion in which to file and serve a responsive memorandum with citation of authorities in opposition to the motion."  As of the date of this Order, Plaintiff has neither filed a response nor filed a motion for an extension of time to respond to the motion to dismiss.

Accordingly, it is **ORDERED:**

1.  Plaintiff shall respond to the Motion To Dismiss filed by Defendants Keyshonda Thompson and Lamonte Peterson (Doc. 22) **on or before January 30, 2012**.

2. Failure to comply with this Order in the allotted time will result in a recommendation to the district judge that the motion to dismiss be granted pursuant to N.D.Fla.Loc. Rule 7.1(C) for failure to file a responsive memorandum.

**DONE AND ORDERED** this 9th day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge