IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT,

    Plaintiff,

v.                                    Case No. 4:10cv474-SPM/GRJ

MORRIS YOUNG, Sheriff Gadsden
County, Florida, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff's request for an extension of time to file objections to the Report and Recommendation (doc. 34). Upon consideration, it is

**ORDERED AND ADJUDGED**:

1.     The motion (doc. 34) is **granted**.

2.     Plaintiff shall have until August 6, 2012, to file objections to the Report and Recommendation (doc. 30).

**DONE AND ORDERED** this 18th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge