IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT,

    Plaintiff,

v.                                                  CASE NO. 4:10-cv-474-SPM-GRJ

MORRIS YOUNG, et al.,

    Defendants.

_____/

## ORDER

       This cause is before the Court on notification from the Clerk's office that Plaintiff has mailed subpoenas to several non-parties.  Plaintiff filed a number of discovery motions, which the Court construed as motions for issuance of subpoenas for the production of documents from non-parties.  (Docs. 31, 33, 36, 37, 40, 42.)  The Court denied each of these motions.  (Docs. 39, 41, 43.)

       As the Court noted in its prior orders denying Plaintiff's discovery motions, a *pro se* plaintiff may be entitled to the issuance of a subpoena commanding the production of documents from a non-party, upon Court approval.  Plaintiff has not received Court approval for issuance of subpoenas, and it is improper for him to send subpoenas that have not been issued by the Court directly to non-parties.

       Accordingly, upon due consideration, it is **ORDERED:**

    (1)     Plaintiff must immediately cease mailing subpoenas to non-parties.

           Plaintiff is cautioned that if he continues to mail subpoenas to non-parties without Court approval, he will be subject to sanctions, which may include

fines and ultimately, dismissal of his lawsuit.

**DONE AND ORDERED** this 25th day of July 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

*Case No: 4:10-cv-474-SPM-GRJ*