IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT

    Plaintiff,

v.                                      CASE NO. 4:10-CV-00474-SPM-GRJ

MORRIS YOUNG, et. al.

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 30). Plaintiff has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 30) is **adopted** and incorporated by reference into this order.

2. Thereby, the Motion to Dismiss (doc. 22) is granted with regard to the claims against Defendant Lamonte Peterson and is denied with regard to claims against Defendant Sergeant Keyshonda

       Thompson.

3.     Thereby, the case is also referred back to the Magistrate Judge to conduct further proceedings with regard to claims against the remaining defendants.

DONE AND ORDERED this 8th day of August, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

Case 4:10-cv-00474-RH-GRJ   Document 48   Filed 08/08/12   Page 3 of 3