IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT,

    Plaintiff,

v.                                                        CASE NO. 4:10-cv-474-SPM-GRJ

MORRIS YOUNG, et al.,

    Defendants.

_____/

**ORDER**

On January 30, 2013, the Court granted Plaintiff's request to issue subpoenas to non-parties Florida Sheriff's Self-Insurance Fund, and the Board of County Commissioners of Gadsden County. These subpoenas will be served by the United States Marshals Service. However, while Plaintiff has provided a street address for physical service for the Board of County Commissioners of Gadsden County, he has provided a post office box but not a street address for the Florida Sheriff's Self-Insurance Fund. As personal service cannot be effected upon a post office box, Plaintiff will be required to provide a street address for the Florida Sheriff's Self-Insurance Fund so that service can be made.

Accordingly, upon due consideration, it is **ORDERED**:

Plaintiff must provide a street address for the Florida Sheriff's Self-Insurance Fund **on or before February 24, 2013**. Upon receipt of the street address, the United States Marshals Service will be directed to serve the subpoenas by separate order.

**DONE AND ORDERED** this 14th day of February 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge