IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT,

    Plaintiff,

v.                                                              CASE NO. 4:10-cv-474-SPM-GRJ

MORRIS YOUNG, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court on Plaintiff's "Motion for Subpoena Duces Tecum for Deposition(s)." (Doc. 78.) Plaintiff wishes to depose twenty-six individuals in order to "clarify inconsistencies and contradictions in portions of Defendant(s) answer(s) to Plaintiff's interrogatories and other discovery documents." (Doc. 78, at 2.) As Defendants note in their response to the motion, Doc. 79, the discovery deadline has passed, and Plaintiff's request is untimely. Even if Plaintiff's request were timely, however, it would be due to be denied because Plaintiff's vague and conclusory statements do not constitute good cause for taking any depositions, let alone depositions in excess of the number permitted by the Federal Rules.

Accordingly, upon due consideration, it is **ORDERED**:

Plaintiff's "Motion for Subpoena Duces Tecum for Deposition(s)," Doc. 78, is **DENIED**.

**DONE AND ORDERED** this 12th day of March 2013.

                                                *s/ Gary R. Jones*
                                                GARY R. JONES
                                                United States Magistrate Judge