IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARRY MICHAEL WRIGHT,

    Plaintiff,

v.                              CASE NO. 4:10cv474-RH/GRJ

MORRIS YOUNG et al.,

    Defendants.

_____/

## ORDER GRANTING SUMMARY JUDGMENT
## FOR THE DEFENDANT THOMPSON

This case is before the court on the magistrate judge's report and recommendation, ECF No. 83, and the objections, ECF No. 84. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant Keyshonda Thompson's summary-judgment motion, ECF No. 67, is GRANTED. All claims against Ms. Thompson are dismissed with


prejudice.  I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).  The claims against other defendants remain pending.

SO ORDERED on June 7, 2013.

<div style="text-align: right;">
s/Robert L. Hinkle
United States District Judge
</div>